**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Mark Anthony Gallegos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8333 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| MARK ANTHONY GALLEGOS, ) | |
| Defendant. ) | |

  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Gayle J. Mayfield-Venieris
federal@mayfield-law.com, mayfieldlaw@gmail.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

              Respectfully submitted,

DATED:  April 29, 2008      /s/ Gregory T. Murphy
                 **GREGORY T. MURPHY**
                 Federal Defenders of San Diego, Inc.
                 Attorneys for Mark Anthony Gallegos