# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08 m J 8333
vs )  ABSTRACT OF ORDER
)
Mark Anthony Gallegos )  Booking No. 884 389
)  @ ICJ

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/25/08__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ __10,000.00__ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ___ years.
- ___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:
       ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other._____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

Received _____
          DUSM

Sgt Ferguson
4/25/08
1518hrs

Crim-9  (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY