May 1, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Request for Modifying the Conditions of Pretrial Release
(Surety Consent is Attached)

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**Name of Defendant:** Gallegos, Mark Anthony     **Dkt No.:** 08MJ8333-001

**Reg. No.:** 06226-298

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Date Conditions of Release Imposed:** April 21, 2008

**Conditions of Release:** restrict travel to the Southern District of California; not to enter Mexico; report for supervision to Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination of both.

**Date Released on Bond:** April 25, 2008

**Conditions of Release Modified:** On April 29, 2008, allowed travel to the District of Arizona.

**Charged Offense:** 8 USC § 1324 (Harboring an Illegal Alien)

**Next Court Hearing:** May 1, 2008, at 10:30 a.m.

**AUSA:** John F. Weis     **Defense Counsel:** Federal Defenders

**Prior Violation History:** None

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

**GALLEGOS, MARK ANTHONY**  May 1, 2008
Dkt No: 08MJ8333-001  Page 2

## CAUSE

During the defendant's post release intake interview, he admitted to prior illicit drug use. The defendant reported he last used marijuana the day of his arrest, and he also disclosed prior cocaine and methamphetamine use.

The undersigned contacted defense counsel, Gregory Murphy (Federal Defenders), and advised him of our request to include drug testing and/or treatment as a condition of the defendant's release. Mr. Murphy advised he would call back with his response. As of this writing, Pretrial Services has not received a returned call from Mr. Murphy. The defendant's surety, Mary Louise Cota (mother), does not oppose to the modification. Ms. Cota's signed declaration is attached.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 5/1/08

Respectfully submitted:

by _____
Yolanda German
U.S. Pretrial Services Officer
(760) 482-2872

Reviewed and approved:

_____
Carlos Gutierrez
Supervising U.S. Pretrial Services Officer

Attachments

**THE COURT ORDERS:**

✓   Modify conditions of release to include drug testing and/or treatment as directed by Pretrial Services.

_____   Other _____

_____
U.S. Magistrate Judge Peter C. Lewis

5-1-08
Date

# CONSENT FOR THE DRUG TESTING
# AND/OR TREATMENT CONDITION

RE: Gallegos, Mark Anthony
DKT#: 08MJ8333-001

I, Mary Louise Cota, hereby consent for the following condition be imposed as part of the above listed defendant's conditions of release: *submit to drug testing and or/treatment as directed by Pretrial Services*.

_____
Surety, Mary Louise Cota

5/1/08
Date

I declare under the penalty of perjury that the surety signed the form in my presence.

Executed on: 5/1/08

_____
Yolanda German, U.S. Pretrial Services Officer

Place  El Centro, CA

Date  5/1/08