Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness ISMAEL ANYON-FERNANDEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARK ANTHONY GALLEGOS<br><br><br>             Defendant. | Criminal Case No. 08 cr 1552-W<br>Mag. Docket No.   08 mj 8333<br><br>**APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS ISMAEL ANYON-FERNANDEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:   Hon. Peter C. Lewis<br>CRTRM:<br><br>DATE:   June 9, 2008<br>TIME:   1:30 p.m. |

ISMAEL ANYON-FERNANDEZ ("ANYON") hereby applies for an Order Shortening Time in which to hear his Motion for Video Deposition and Release.  The Memorandum of Points and Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on shortened time is necessary; specifically, that ANYON has been incarcerated since April 19, 2008 and has no hope of obtaining a surety to post his bond.

**1 of 2**

United States v. Gallegos, Mark  (08 mj 8333)(08 cr 1552-W)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

| | |
|---|---|
| Dated: May 30, 2008 | Mayfield & Associates |
| | By: /s/ Gayle Mayfield-Venieris |
| | Gayle Mayfield-Venieris, Esq.<br>Attorney for Material Witness<br>ISMAEL ANYON-FERNANDEZ |

2 of 2

United States v. Gallegos, Mark  (08 mj 8333)(08 cr 1552-W)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition