**Mayfield & Associates - Attorneys at Law**
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness ISMAEL ANYON-FERNANDEZ

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 1552-W |
|---|---|
| Plaintiff, | Mag. Docket No.  08 mj 8333 |
| v. | **NOTICE OF MOTION AND MOTION FOR VIDEO DEPOSITION AND RELEASE OF MATERIAL WITNESS ISMAEL ANYON-FERNANDEZ** |
| MARK ANTHONY GALLEGOS, | |
| Defendant. | JUDGE:  Hon. Peter C. Lewis |
| | CRTRM: |
| | DATE: June 9, 2008 |
| | TIME: 1:30 p.m. |

TO KAREN P. HEWITT, UNITED STATES ATTORNEY, DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY, GREGORY MURPHY, ESQ., COUNSEL FOR DEFENDANT MARK ANTHONY GALLEGOS.

**PLEASE TAKE NOTICE** that on **June 9, 2008**, at **1:30 p.m.**, Gayle Mayfield-Venieris, Esq., counsel for the material witness ISMAEL ANYON-FERNANDEZ ("**ANYON**") will move this Court for an order to take the video deposition of the material witness, and for his immediate release.

## MOTION

Material witness ANYON, through his counsel, Gayle Mayfield-Venieris, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C. §§ 3142 and 3144, hereby moves

**1 of 2**

United States v.Gallegos, Mark,  (08 mj 8333)(08 cr 1552-W)
Notice of Motion & Motion for Video Deposition and Release of Material Witnesses

1  this Court for an order to take his deposition by videotape and release him at the conclusion of
2  the deposition.
3       This Motion is based on this Notice and the Memorandum of Points and Authorities
4  attached and filed herewith, the records of the above-entitled case, and all matters submitted to
5  the Court prior to the determination of this Motion.
6
7  Dated: May 30, 2008                  Mayfield & Associates
8
9                                          By: /s/ Gayle Mayfield-Venieris
10                                               Gayle Mayfield-Venieris, Esq.
                                              Attorney for Material Witness
11                                               ISMAEL ANYON-FERNANDEZ
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

2 of 2

United States v. Gallegos, Mark, (08 mj 8333)(08 cr 1552-W)
Notice of Motion & Motion for Video Deposition and Release of Material Witnesses