Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Melissa L. Bustarde, Esq. Bar. No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099

Attorneys for: Material Witness ISMAEL ANYON-FERNANDEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ANTHONY GALLEGOS,<br><br>Defendant. | Criminal Case No. 08 cr 1552-W<br>Mag. Docket No.  08 mj 8333<br><br>**PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |

I, Mark Barry, declare as follows:

1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2. On May 30, 2008, electronic copies of the following document were electronically served on the following parties in Case No. 08 mj 8333/08 cr 1552-W:

- **Application for an Order Shortening Time;**
- **Notice of Motion and Motion for Video Deposition of Material Witnesses; and**
- **Points and Authorities in Support of Motion for Video Deposition.**

| | |
|---|---|
| David Leshner, A.U.S.A<br>Efile.dkt.gc2@usdoj.gov | Gregory Murphy, Esq.<br>gregory_murphy@fd.org |

1
2
3   I declare under penalty of perjury under the laws of the United States, State of California
4   that the foregoing is true and correct and that this declaration was executed on May 30, 2008.
5
6   _____
7   Mark Barry
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066