MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 1552-W<br>Mag. Docket No.   08 mj 8333 |
| Plaintiff, | **ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS ISMAEL ANYON-FERNANDEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE** |
| v. | |
| MARK ANTHONY GALLEGOS, | |
| | JUDGE:   Hon. Peter C. Lewis<br>CRTRM: |
| Defendant. | DATE: June 9, 2008<br>TIME:  1:30 p.m. |

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witness ISMAEL ANYON-FERNANDEZ'S (**"ANYON"**) request for an Order Shortening Time to hear his Motion for Video Deposition and Release.

The hearing for the Motion for Video Deposition and Release of the material witness

**1 of 2**

United States v. Gallegos, Mark (08 mj 8333) / (08 cr 1552-W)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

ANYON will come before this Court on June 9, 2008 at 1:30 p.m. Appearing for the material witness his attorney Christopher Lock, Esq., David Leshner, Assistant United States Attorney, Gregory Murphy, Esq., for Defendant Mark Anthony Gallegos.

**IT IS SO ORDERED**.

Dated: June 6, 2008

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

**2 of 2**

United States v. Gallegos, Mark (08 mj 8333) / (08 cr 1552-W)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition