**Mayfield & Associates - Attorneys at Law**
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness ISMAEL AYON-FERNANDEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ANTHONY GALLEGOS,<br><br>    Defendant. | Criminal Case No. 08 cr 1552-W<br>Mag. Docket No.   08 mj 8333<br><br>**STIPULATION TO CHANGE THE DATE FOR THE VIDEO DEPOSITION OF MATERIAL WITNESSES ISMAEL AYON-FERNANDEZ TO JULY 9, 2008 AT 10:00 a.m.**<br><br>Date:         July 9, 2008<br>Time:         10:00 a.m. |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the video deposition of the material witness, ISMAEL AYON-FERNANDEZ scheduled for July 1, 2008 be moved until Wednesday, July 9, 2008 at 10:00 a.m.

The deposition will take place in the United States Attorneys Office located at 880 Front Street, Fifth Floor, San Diego, California in accordance with the Order signed by Magistrate Judge Peter C. Lewis on June 9, 2008.

1

1  IT IS SO STIPULATED.

2

3

4  Dated: June 12, 2008                    /s/ David Leshner
   
5                                           David Leshner, A.U.S.A.
                                            Attorney for Plaintiff

6

7

8  Dated: June 12, 2008                    /s/ Gregory Murphy
                                            Gregory Murphy, Esq.
9                                           Federal Defenders of San Diego
                                            Attorney for Defendant
10                                          Mark Anthony

11

12

13 Dated: June 12, 2008                    /s/ Gayle Mayfield-Venieris
                                            Gayle Mayfield-Venieris, Esq.
14                                          Attorney for Material Witness
                                            ISMAEL AYON FERNANDEZ

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
380 STEVENS AVENUE, SUITE 314
SOLANA BEACH, CA 92075-2069

2

United States v. Gallegos, Mark  (08 mj 8333)(08 cr 1552-W)
Stipulation to Change the Video Deposition Date to July 9, 2008