Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness ISMAEL AYON-FERNANDEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 1552-W |
| --- | --- |
| Plaintiff, | Mag. Docket No. 08 mj 8333 |
| v. | |
| MARK ANTHONY GALLEGOS, | **PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| Defendant. | |

I, Christopher Lock, declare as follows:

1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2. On June 12, 2008, I filed the aforementioned document on the Court's CM/ECF system in Case No. 08 mj 8333/08 cr 1552-W. The following counsel were electronically served with the aforementioned document via the CM/ECF system pursuant to Local Rule 5.4(c):

- **Stipulation to Change the Date for the Video Deposition of Material Witness Ismael Ayon-Fernandez to July 9, 2008 at 10:00 a.m.**

| David Leshner, A.U.S.A | Gregory Murphy, Esq. |
| --- | --- |
| Efile.dkt.gc2@usdoj.gov<br>David.leshner@usdoj.gov | gregory_murphy@fd.org |

1   I declare under penalty of perjury under the laws of the United States, State of California
2   that the foregoing is true and correct and that this declaration was executed on June 12, 2008.

Christopher Lock
Mayfield & Associates