**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ANTHONY GALLEGOS,<br><br>Defendant. | Criminal Case No. 08 cr 1552-W<br>Mag. Docket No.  08 mj 8333<br><br>**ORDER TO CHANGE THE DATE FOR THE DEPOSITION OF MATERIAL WITNESS ISMAEL TO JULY 9, 2008 AT 10:00 a.m.**<br><br>JUDGE:   Hon. Peter C. Lewis<br>CRTRM: |

Good cause appearing, this Court hereby **GRANTS** the joint motion to change the date of the deposition of material witness ISMAEL AYON-FERNANDEZ to July 9, 2008 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: June 16, 2008

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

**1 of 1**

United States v. Gallegos, Mark (08 mj 8333) / (08 cr 1552-W)
Order Changing the Date of the Material Witness Video Deposition