```
 1  KAREN P. HEWITT
    United States Attorney
 2  DAVID D. LESHNER
    Assistant United States Attorney
 3  California State Bar No. 207815
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-7163
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

**FILED**
JUL 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1552-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |
| MARK ANTHONY GALLEGOS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and David D. Leshner, Assistant United States Attorney, and defendant MARK ANTHONY GALLEGOS, by and through and with the advice and consent of defense counsel, Gregory T. Murphy, Federal Defenders of San Diego, Inc., that:

1. Defendant agrees to plead guilty to Count Two of the Indictment charging defendant with a non-mandatory minimum count of Harboring Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(iii) and (v)(II).

//
//
//
//

2.   Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than July 2, 2008 before the disposition date set by the Court.

3.   Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before July 2, 2008.

4.   The material witness, Ismael Ayon-Fernandez, in this case:

   a.   Is an alien with no lawful right to enter or remain in the United States;

   b.   Entered or attempted to enter the United States illegally on or about April 19, 2008;

   d.   Was having others pay on his behalf $2,000 to others to be brought into the United States illegally and/or transported illegally to his destination therein;

   e.   Defendant harbored Ismael Ayon-Fernandez in a residence at 941 First Street, Calexico, California, and defendant knew or acted in reckless disregard of the fact that Ismael Ayon-Fernandez was an alien with no lawful right to enter or remain in the United States; and,

   f.   Ismael Ayon-Fernandez may be released and remanded immediately to the Department of Homeland Security for return to his country of origin.

5.   After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a.   The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b.   The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness; and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Mark Anthony Gallegos        2                    *

     c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

    6.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness to the Department of Homeland Security for return to his country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 7/2/08

/s/ David D. Leshner
David D. Leshner
Assistant United States Attorney

Dated: 7/2/08

/s/ Gregory T. Murphy      Mark Anthony Gallegos
Gregory T. Murphy
Defense Counsel for Mark Anthony Gallegos

Dated: 7-2-08

/s/ Mark A. Gallegos
Mark Anthony Gallegos
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Mark Anthony Gallegos    3

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to his country of origin.

**SO ORDERED.**

Dated: 7/2/08

_____
United States District Judge

Stipulation of Fact and Joint Motion for Release of Material Witness(es) And Order Thereon in United States v. Mark Anthony Gallegos

4

*