UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>MARK ANTHONY GALLEGOS<br>Defendant(s) | CRIMINAL NO. 08CR1552(W)<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/~~Magistrate~~ Judge,  WHELAN

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed /(Order of Court)).

ISMAEL AYON-FERNANDEZ

DATED: 7-2-08

RECEIVED _____
                        DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR, Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082