1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 1552-W |
| --- | --- |
| Plaintiff, | Mag. Docket No.  08 mj 8333 |
| v. | **ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS ISELA CASTRO-HERNANDEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE** |
| ALFREDO CABALLERO-OLMOS, | |
| | JUDGE:  Hon. Peter C. Lewis |
| Defendant. | DATE: July 22, 2008<br>TIME:  1:30 p.m. |

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witness ISELA CASTRO-HERNANDEZ' S(**"CASTRO"**) request for an Order Shortening Time to hear her Motion for Video Deposition and Release.

The hearing for the Motion for Video Deposition and Release of the material witness CASTRO will come before this Court on July 22, 2008 at 1:30 p.m.  Appearing for the material witness her attorney Christopher Lock, Esq., James P. Melendres, Assistant United States Attorney, Barbara M. Donovan, Esq., for Defendant Alfredo Caballero-Olmos.

///

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**1 of 2**

United States v. Caballero, Alfredo (08 mj 8566) / (08 cr 2200-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

**IT IS SO ORDERED**.

Dated: July 16, 2008

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

2 of 2

United States v. Caballero, Alfredo (08 mj 8566) / (08 cr 2200-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition